AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HUFF, MARILYN L | USDC, SOUTHERN DIST. OF CALIF. | 05/13/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ACTIVE DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ✔ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |

| 7. Chambers or Office Address<br><br>940 FRONT STREET, SUITE 5315<br>SAN DIEGO, CA 92101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 21 A 10: 25 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 05/13/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1-12/07 | DLA, Piper Attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 05/13/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase Manhattan | Share of real estate mortgage | K |
| 2. Union Bank | Real estate mortgage | N |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Boggs Inv., San Diego, CA | E | Rent | O | W | | | | | |
| 2. Sun Oil | B | Dividend | L | T | | | | | |
| 3. Rental property, San Diego, CA (T) | E | Rent | O | W | | | | | |
| 4. Wells Fargo Accounts-SDCA (T) | C | Interest | M | T | | | | | |
| 5. American General BB | A | Interest | | | Term | 4/19 | K | | |
| 6. 401k & Profit Sharing * Total Value | E | Interest | P1 | T | | | | | Following is list of assets. |
| 7. Sched of Assets & Transactions | | | | | . | | | | |
| 8. Trust B | C | Interest | N | T | | | | | |
| 9. Vanguard Total Intl Stock In | C | Dividend | M | T | | | | | |
| 10. Vanguard Total Bond Index | E | Interest | N | T | | | | | |
| 11. Vanguard ST Bond Index | E | Interest | N | T | | | | | |
| 12. Vanguard In. S&P 500 | D | Dividend | N | T | | | | | |
| 13. Vanguard Value Index | D | Dividend | M | T | | | | | |
| 14. Vanguard Growth Index | B | Dividend | M | T | | | | | |
| 15. Vanguard Sm. Cap Stock Index | B | Dividend | M | T | | | | | |
| 16. Dodge & Cox | B | Dividend | L | T | | | | | |
| 17. Spartan Ext. Market | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. T. Rowe Price Intl. Bond | B | Interest | K | T | | | | | |
| 19. Vanguard Intl. Growth Port. | | None | L | T | | | | | |
| 20. Vanguard Windsor II | C | Dividend | M | T | | | | | |
| 21. Vanguard Sm. Cap Value | C | Dividend | M | T | | | | | |
| 22. I Shares MSC 1 | A | Dividend | K | T | Sold Part | 10/15 | J | A | |
| 23. I Shares S&P 600 Sm. Cap Growth Index | A | Dividend | L | T | | | | | |
| 24. Vanguard High Yield Corp. | C | Interest | K | T | | | | | |
| 25. Vanguard GNMA | D | Interest | M | T | | | | | |
| 26. Vanguard Infl. Prot. | D | Interest | M | T | | | | | |
| 27. Pimco Total Return Cl.D | D | Interest | M | T | | | | | |
| 28. Vanguard Equity | A | Dividend | | | Sold | 6/01 | K | C | |
| 29. Wisdom Tree Int'l. | | None | J | T | Buy | 8/20 | J | | |
| 30. Ap Cash Management | A | Interest | K | T | | | | | |
| 31. Columbia Liberty Acorn (y) | | | | | | | | | |
| 32. OTHER ASSETS in 401(k) PROFIT SHARING | | | | | | | | | |
| 33. Live Oak Assoc III | | None | J | T | | | | | |
| 34. First Reg. Bank IRA mm | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS  – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. END OF ASSETS IN 401(k) | | | | | | | | | |
| 36. IRA American General | A | Interest | K | T | | | | | |
| 37. Charles Schwab IRA  Total Value ** | E | Int./Div. | P1 | T | | | | | Assets listed below |
| 38. SCHEDULE OF ASSETS & TRANSACTIONS | | | | | | | | | |
| 39. U.S. Treas Strip 25K 8/5/2008 | | None | K | T | | | | | |
| 40. Ball Corp. | A | Dividend | K | T | | | | | |
| 41. Glaxo Smith Kline | A | Dividend | J | T | | | | | |
| 42. Eli Lilly | A | Dividend | J | T | | | | | |
| 43. Alcoa Inc. | A | Dividend | J | T | | | | | |
| 44. Pimco Total Return | C | Interest | M | T | | | | | |
| 45. Vanguard Bond Index | C | Interest | L | T | | | | | |
| 46. Marathon (USX) | A | Dividend | K | T | | | | | |
| 47. ATT New (SBC) (Media One) (USW) | A | Dividend | J | T | | | | | |
| 48. Vodafone Group | A | Dividend | K | T | | | | | |
| 49. Vanguard Windsor II | B | Dividend | K | T | | | | | |
| 50. DFA U.S. Micro Cap | A | Dividend | L | T | | | | | |
| 51. DFA Int. Lg. Cap. Val. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. DFA Lg. Cap. Val. | B | Dividend | L | T | | | | | |
| 53. DFA Int. Sm. Cap. Val. | A | Dividend | K | T | | | | | |
| 54. Vanguard Wrld Int. Growth | | None | K | T | | | | | |
| 55. Vanguard Growth Index | A | Dividend | L | T | | | | | |
| 56. Schwab Money Market - H | B | Interest | J | T | | | | | |
| 57. Home Depot | A | Dividend | J | T | | | | | |
| 58. Comcast | | None | J | T | | | | | |
| 59. Longleaf Small Cap. | A | Dividend | K | T | | | | | |
| 60. Vanguard Short Term Bd Sig | A | Interest | K | T | | | | | |
| 61. Vanguard GNMA | B | Interest | K | T | | | | | |
| 62. Vanguard H1-Yld Corp. | C | Interest | K | T | | | | | |
| 63. Vanguard Ex. Mkt. Ind. | A | Dividend | J | T | | | | | |
| 64. T Rowe Price Sci & Tech | | None | J | T | | | | | |
| 65. Vanguard REIT | A | Dividend | K | T | | | | | |
| 66. DFA 6-10 US Sm. Cap. Value | A | Dividend | K | T | | | | | |
| 67. DFA US Large Cap Port | B | Dividend | M | T | | | | | |
| 68. DFA 6-10 US Small Cap. Port | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1.000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. DFA 5Yr. Global | A | Interest | K | T | | | | | |
| 70. Vanguard Short Term Bond Investor | B | Interest | K | T | | | | | |
| 71. Vanguard Inflation Prot. | A | Interest | K | T | | | | | |
| 72. END OF ASSETS IN IRA-MLH | | | | | | | | | |
| 73. Schwab Cal Muni Mut Fund | C | Interest | L | T | | | | | |
| 74. GCW&F Partners I | | None | J | T | | | | | |
| 75. GCWF Partners II | | None | J | T | | | | | |
| 76. GCWF Ventures I | | None | J | T | | | | | |
| 77. GCWF (A-E) Invest. Partners I | B | Distribution | J | T | | | | | |
| 78. GCWF (F-NI)Invest Partners II | D | Distribution | L | T | | | | | |
| 79. DLA Piper Real Estate Fund | A | Interest | | | Distribution | 11/08 | J | | |
| 80. DLA Piper Venture 2006 | | None | K | T | | | | | |
| 81. Wells Fargo Bank BB SDCA (y) | | | | | | | | | |
| 82. Schwab Custodial Money Market (BB) (y) | | | | | | | | | |
| 83. NASDAQ 100 (BB) (y) | | | | | | | | | |
| 84. Vanguard Windsor II (BB) (y) | | | | | | | | | |
| 85. Pfizer (y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Qualcomm (y) | | | | | | | | | |
| 87. Onco Fluor, Inc. (Fluro Probe) | | None | K | W | | | | | * Name Change 2007 |
| 88. Bonita View Office | A | Distribution | L | T | | | | | |
| 89. Bella Mar RV Park LLC (Bonita View) | | None | L | T | | | | | |
| 90. Altria | A | Dividend | K | T | Spin Off | 4/2 | J | | (Kraft) |
| 91. Kraft | A | Dividend | J | T | Spin Off | 4/2 | J | | |
| 92. Extreme Networks | | None | J | T | | | | | |
| 93. II-IV, Inc. | | None | J | T | | | | | |
| 94. Neurocrine Bio | | None | | | Sold | 12/31 | J | | |
| 95. Cisco Systems | | None | K | T | | | | | |
| 96. Quality Systems, Inc. | A | Dividend | J | T | | | | | |
| 97. Genzyme Corp. | | None | J | T | | | | | |
| 98. Occidental Pet. | A | Dividend | K | T | | | | | |
| 99. Halliburton | A | Dividend | | | Sold | 3/20 | K | A | |
| 100. QLT | | None | J | T | | | | | |
| 101. Cardium Therapeutics | | None | J | T | Buy Addl | 12/31 | J | | |
| 102. Wachovia (World Savings) | D | Interest | M | T | Merger | 10/15 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Property, San Diego Co., CA-Appraisal Date 8/18/03 | F | Rent | P1 | Q | | | | | |
| 104. ISH Index SP 500 | A | Dividend | J | T | | | | | |
| 105. ISH Index FD TR Mscl | A | Dividend | J | T | | | | | |
| 106. ISH S&P Mid Cap 400 | A | Dividend | J | T | | | | | |
| 107. ISH S&P Sm Cap 600 | A | Dividend | J | T | | | | | |
| 108. Allianz Div. Fund | A | Dividend | K | T | | | | | |
| 109. Templeton World | A | Dividend | K | T | | | | | |
| 110. DL Trust Schwab MM | A | Interest | | | Distribution | 4/20 | J | | |
| 111. RSB IRA Smith Barney | C | Dividend | L | T | | | | | |
| 112. IDEX Med. Growth (IRA) | A | Dividend | L | T | Sold Part | 12/5 | J | A | |
| 113. IDEX Growth Port. (IRA) | A | Dividend | J | T | | | | | |
| 114. Smith Barney Muni MM (Western Asset) | A | Interest | J | T | | | | | |
| 115. Western Asset MM | A | Dividend | J | T | Buy | 7/24 | J | | |
| 116. Ivy Asset Fund | A | Dividend | J | T | Buy | 11/16 | J | | |
| 117. Hartford Cap. App. | A | Dividend | J | T | Buy | 11/16 | J | | |
| 118. Power Shares High Yld. Eq. | A | Dividend | J | T | | | | | |
| 119. Calamos Growth Fd. | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  USE Credit Union SDCA | A | Interest | J | T | | | | | |
| 121.  USE CD SDCA | A | Interest | K | T | | 12/07 | K | | |
| 122.  USE MM SDCA | B | Interest | L | T | | | | | |
| 123.  USE CD SDCA | B | Interest | L | T | | | | | |
| 124.  Vanguard MM | C | Interest | O | T | Bought Addt | 2/20 | M | | |
| 125.  Vanguard MM | C | Interest | O | T | Bought Addt | 2/22 | L | | |
| 126.  Vanguard MM | C | Interest | O | T | Bought Addt | 5/15 | L | | |
| 127.  SD Bank | C | Interest | M | T | | | | | |
| 128.  Vanguard Life Strategy | A | Dividend | K | T | Buy | 8/02 | K | | |
| 129.  Vanguard Windsor II | A | Dividend | J | T | Buy | 3/05 | J | | |
| 130.  Google | | None | J | T | Buy | 11/16 | J | | |
| 131.  Illumina | | None | L | T | Buy | 11/18 | K | | |
| 132.  Illumina | | None | L | T | Buy | 2/12 | J | | |
| 133.  Illumina | | None | L | T | Buy | 11/08 | J | | |
| 134.  VMWare | | None | J | T | Buy | 11/05 | J | | |
| 135.  VMWare | | None | J | T | Buy | 11/26 | J | | |
| 136.  Interwoven/Imanage | | None | J | T | Exchanged | 2/02 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Interwoven/Imanage | | None | J | T | Sold Part | 5/16 | J | | |
| 138. Washington Mutual Accts. | A | Interest | M | T | Open | 12/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Trust assets listed by T in Part VII.

Line No. 31: This asset related to #38 of 5/14/07 Report and was sold 8/5/05.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2007** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>HUFF, MARILYN L | 2. Court or Organization<br><br>USDC, SOUTHERN DIST. OF CALIF. | 3. Date of Report<br><br>08/15/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>ACTIVE DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>940 FRONT STREET, SUITE 5315<br>SAN DIEGO, CA 92101 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____　Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 AUG 25 A 10: 55

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 08/15/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1-12/07 | DLA, Piper Attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 08/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Manhattan | Share of real estate mortgage | K |
| 2. | Union Bank | Real estate mortgage | N |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 08/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Boggs Inv., San Diego, CA (T) | E | Rent | O | W | | | | | |
| 2. Sun Oil | B | Dividend | L | T | | | | | |
| 3. Rental property, San Diego, CA (T) | E | Rent | O | W | | | | | |
| 4. Wells Fargo Accounts-SDCA (T) | C | Interest | M | T | | | | | |
| 5. American General BB | A | Interest | | | Term | 4/19 | K | | |
| 6. 401k & Profit Sharing * Total Value | E | Interest | P1 | T | | | | | Following is list of assets. |
| 7. Sched of Assets & Transactions | | | | | | | | | |
| 8. Trust B | C | Interest | N | T | | | | | |
| 9. Vanguard Total Intl Stock In | C | Dividend | M | T | | | | | |
| 10. Vanguard Total Bond Index | E | Interest | N | T | | | | | |
| 11. Vanguard ST Bond Index | E | Interest | N | T | | | | | |
| 12. Vanguard In. S&P 500 | D | Dividend | N | T | | | | | |
| 13. Vanguard Value Index | D | Dividend | M | T | | | | | |
| 14. Vanguard Growth Index | B | Dividend | M | T | | | | | |
| 15. Vanguard Sm. Cap Stock Index | B | Dividend | M | T | | | | | |
| 16. Dodge & Cox | B | Dividend | L | T | | | | | |
| 17. Spartan Ext. Market | A | Dividend | L | T | | | | | |

1. Income Gain Codes: A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
   (See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 08/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. T. Rowe Price Intl. Bond | B | Interest | K | T | | | | | |
| 19. Vanguard Intl. Growth Port. | | None | L | T | | | | | |
| 20. Vanguard Windsor II | C | Dividend | M | T | | | | | |
| 21. Vanguard Sm. Cap Value | C | Dividend | M | T | | | | | |
| 22. I Shares MSC I | A | Dividend | K | T | Sold Part | 10/15 | J | A | |
| 23. I Shares S&P 600 Sm. Cap Growth Index | A | Dividend | L | T | | | | | |
| 24. Vanguard High Yield Corp. | C | Interest | K | T | | | | | |
| 25. Vanguard GNMA | D | Interest | M | T | | | | | |
| 26. Vanguard Infl. Prot. | D | Interest | M | T | | | | | |
| 27. Pimco Total Return Cl.D | D | Interest | M | T | | | | | |
| 28. Vanguard Equity | A | Dividend | | | Sold | 6/01 | K | C | |
| 29. Wisdom Tree Int'l. | | None | J | T | Buy | 8/20 | J | | |
| 30. Ap Cash Management | A | Interest | K | T | | | | | |
| 31. Columbia Liberty Acorn (y) | | None | | | Sold | 8/05 | M | F | See Part VIII |
| 32. OTHER ASSETS in 401(k) PROFIT SHARING | | | | | | | | | |
| 33. Live Oak Assoc III | | None | J | T | | | | | |
| 34. First Reg. Bank IRA mm | A | Interest | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50.000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 08/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. END OF ASSETS IN 401(k) | | | | | | | | | |
| 36. IRA American General | A | Interest | K | T | | | | | |
| 37. Charles Schwab IRA     Total Value ** | E | Int./Div. | P1 | T | | | | | Assets listed below |
| 38. SCHEDULE OF ASSETS & TRANSACTIONS | | | | | | | | | |
| 39. U.S. Treas Strip 25K 8/5/2008 | | None | K | T | | | | | |
| 40. Ball Corp. | A | Dividend | K | T | | | | | |
| 41. Glaxo Smith Kline | A | Dividend | J | T | | | | | |
| 42. Eli Lilly | A | Dividend | J | T | | | | | |
| 43. Alcoa Inc. | A | Dividend | J | T | | | | | |
| 44. Pimco Total Return | C | Interest | M | T | | | | | |
| 45. Vanguard Bond Index | C | Interest | L | T | | | | | |
| 46. Marathon (USX) | A | Dividend | K | T | | | | | |
| 47. ATT New (SBC) (Media One) (USW) | A | Dividend | J | T | | | | | See 2006 FDR Pg 7 Ln 64 |
| 48. Vodafone Group | A | Dividend | K | T | | | | | |
| 49. Vanguard Windsor II | B | Dividend | K | T | | | | | |
| 50. DFA U.S. Micro Cap | A | Dividend | L | T | | | | | |
| 51. DFA Int. Lg. Cap. Val. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 52. DFA Lg. Cap. Val. | B | Dividend | L | T | | | | | |
| 53. DFA Int. Sm. Cap. Val. | A | Dividend | K | T | | | | | |
| 54. Vanguard Wrld Int. Growth | | None | K | T | | | | | |
| 55. Vanguard Growth Index | A | Dividend | L | T | | | | | |
| 56. Schwab Money Market - H | B | Interest | J | T | | | | | |
| 57. Home Depot | A | Dividend | J | T | | | | | |
| 58. Comcast | | None | J | T | | | | | |
| 59. Longleaf Small Cap. | A | Dividend | K | T | | | | | |
| 60. Vanguard Short Term Bd Sig | A | Interest | K | T | | | | | |
| 61. Vanguard GNMA | B | Interest | K | T | | | | | |
| 62. Vanguard H1-Yld Corp. | C | Interest | K | T | | | | | |
| 63. Vanguard Ex. Mkt. Ind. | A | Dividend | J | T | | | | | |
| 64. T Rowe Price Sci & Tech | | None | J | T | | | | | |
| 65. Vanguard REIT | A | Dividend | K | T | | | | | |
| 66. DFA 6-10 US Sm. Cap. Value | A | Dividend | K | T | | | | | |
| 67. DFA US Large Cap Port | B | Dividend | M | T | | | | | |
| 68. DFA 6-10 US Small Cap. Port | A | Dividend | K | T | | | | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
   (See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 08/15/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. DFA 5Yr. Global | A | Interest | K | T | | | | | |
| 70. Vanguard Short Term Bond Investor | B | Interest | K | T | | | | | |
| 71. Vanguard Inflation Prot. | A | Interest | K | T | | | | | |
| 72. END OF ASSETS IN IRA-MLH | | | | | | | | | |
| 73. Schwab Cal Muni Mut Fund | C | Interest | L | T | | | | | |
| 74. GCW&F Partners I | | None | J | T | | | | | |
| 75. GCWF Partners II | | None | J | T | | | | | |
| 76. GCWF Ventures I | | None | J | T | | | | | |
| 77. GCWF (A-E) Invest. Partners I | B | Distribution | J | T | | | | | |
| 78. GCWF (F-NI)Invest Partners II | D | Distribution | L | T | | | | | |
| 79. DLA Piper Real Estate Fund | A | Interest | | | Distribution | 11/08 | J | | |
| 80. DLA Piper Venture 2006 | | None | K | T | | | | | |
| 81. Wells Fargo Bank BB SDCA (y) | | | | | | | | | |
| 82. Schwab Custodial Money Market (BB) (y) | | | | | | | | | |
| 83. NASDAQ 100 (BB) (y) | | | | | | | | | |
| 84. Vanguard Windsor II (BB) (y) | | | | | | | | | |
| 85. Pfizer (y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 08/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Qualcomm (y) | | | | | | | | | |
| 87. Onco Fluor, Inc. (Fluro Probe) | | None | K | W | | | | | * Name Change 2007 |
| 88. Bonita View Office | A | Distribution | L | T | | | | | |
| 89. Bella Mar RV Park LLC (Bonita View) | | None | L | T | | | | | |
| 90. Altria | A | Dividend | K | T | Spin Off | 4/2 | J | | (Kraft) |
| 91. Kraft | A | Dividend | J | T | Spin Off | 4/2 | J | | |
| 92. Extreme Networks | | None | J | T | | | | | |
| 93. II-IV, Inc. | | None | J | T | | | | | |
| 94. Neurocrine Bio | | None | | | Sold | 12/31 | J | | |
| 95. Cisco Systems | | None | K | T | | | | | |
| 96. Quality Systems, Inc. | A | Dividend | J | T | | | | | |
| 97. Genzyme Corp. | | None | J | T | | | | | |
| 98. Occidental Pet. | A | Dividend | K | T | | | | | |
| 99. Halliburton | A | Dividend | | | Sold | 3/20 | K | A | |
| 100. QLT | | None | J | T | | | | | |
| 101. Cardium Therapeutics | | None | J | T | Buy Addl | 12/31 | J | | |
| 102. Wachovia (World Savings) | D | Interest | M | T | Merger | 10/15 | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 08/15/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Property, San Diego Co., CA-Appraisal Date 8/18/03 (T) | F | Rent | P1 | Q | | | | | |
| 104. ISH Index SP 500 | A | Dividend | J | T | | | | | |
| 105. ISH Index FD TR Mscl | A | Dividend | J | T | | | | | See 2006 FDR pg 10 Ln 113 |
| 106. ISH S&P Mid Cap 400 | A | Dividend | J | T | | | | | |
| 107. ISH S&P Sm Cap 600 | A | Dividend | J | T | | | | | |
| 108. Allianz Div. Fund | A | Dividend | K | T | | | | | |
| 109. Templeton World | A | Dividend | K | T | | | | | |
| 110. DL Trust Schwab MM | A | Interest | | | Distribution | 4/20 | J | | |
| 111. RSB IRA Smith Barney | C | Dividend | L | T | | | | | |
| 112. IDEX Med. Growth (IRA) | A | Dividend | L | T | Sold Part | 12/5 | J | A | |
| 113. IDEX Growth Port. (IRA) | A | Dividend | J | T | | | | | |
| 114. Smith Barney Muni MM (Western Asset) | A | Interest | J | T | | | | | |
| 115. Western Asset MM | A | Dividend | J | T | Buy | 7/24 | J | | |
| 116. Ivy Asset Fund | A | Dividend | J | T | Buy | 11/16 | J | | |
| 117. Hartford Cap. App. | A | Dividend | J | T | Buy | 11/16 | J | | |
| 118. Power Shares High Yld. Eq. | A | Dividend | J | T | | | | | |
| 119. Calamos Growth Fd. | | None | K | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 08/15/2008 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 08/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Interwoven/Imanage | | None | J | T | Sold Part | 5/16 | J | | |
| 138. Washington Mutual Accts. | A | Interest | M | T | Open | 12/14 | M | | |

| 1. Income Gam Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2.501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100.000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000.000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Trust assets listed by T in Part VII.

Line No. 31: This asset relates to lines 36 and 38 of 5/14/07 Report and was sold 8/5/05. The information in Part D of this Report relates to 8/05/05.

Line No. 47: See 2006 FDR, Page 7, Line 64.

Line No. 105: See 2006 FDR, Page 6, Line 113.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544